

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00527-CR

| | | |
|---|---|---|
| Amaziah Thompkins | § | From County Criminal Court No. 1 |
| | § | of Tarrant County (1211018) |
| v. | § | October 3, 2013 |
| | § | Opinion by Justice Walker |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect appellant's sentence as 90 days' confinement rather than 200 days' confinement. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Sue Walker